AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

George Hahn

V.

Domy Rooms, Inc. and Rentasy Rentals, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:07-cv-08013-DAB

TO: (Name and address of Defendant)

RENTASY RENTALS, INC.
3472 Broadway
New York, NY 10031-5630

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason Kolbe (JK-3857)
Kurt Rogers (KR-4004)
Nathanael Yale (NY-5899)
of LATHAM & WATKINS, LLP
885 Third Avenue
Suite 1000
New York, NY 10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _[signature: Marios Quintero]_

OCT 24 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                    *Date*                     *Signature of Server*

                                      _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

United States District Court
Southern District of New York

---

George Hahn,

                                      Plaintiff,

-against-                                           **AFFIDAVIT OF SERVICE**
                                                                           Case # 1:07-cv-08013-DAB

Domy Rooms, Inc., and Rentasy
Rentals, Inc.,

                                      Defendants.

---

CITY OF ALBANY SS:
STATE OF NEW YORK

Denise L. Dooley, being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Action and Amended Complaint (Jury Trial Demanded), under Section 306 of the Business Corporation Law. The corporation which was served was: **RENTASY RENTALS INCORPORATED**

That on the 25th day of October, 2007 at approx. 11:00 a.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Carol Vogt known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Carol Vogt - Senior Corporation Search Clerk
white female, approx. 50 yrs., 5'2", 120 lbs., brown hair

                                                                          Denise L. Dooley

Sworn to before me
this 25th day of October 2007.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010