United States District Court
Southern District of New York

---

George Hahn,

                                Plaintiff,

  -against-                                  **AFFIDAVIT OF SERVICE**
                                                             Index # 07 CIV. 8013 (DAB)

Domy Rooms, Inc., and Rentasy
Rentals, Inc.,

                                Defendants.

---

CITY OF ALBANY SS:
STATE OF NEW YORK

Denise L. Dooley, being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Amended Complaint (Jury Trial Demanded), under Section 306 of the Business Corporation Law. The corporation which was served was: **DOMY ROOMS, INC.**

That on the 25th day of October, 2007 at approx. 11:00 a.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Carol Vogt known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Carol Vogt - Senior Corporation Search Clerk
white female, approx. 50 yrs., 5'2", 120 lbs., brown hair

                                                                    Denise L. Dooley

Sworn to before me
this 25th day of October 2007.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010