UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE HAHN,<br><br>         Plaintiff,<br><br>  v.<br><br>DOMY ROOMS, INC. and<br>RENTASY RENTALS, INC.,<br><br>         Defendants. | 07-CV-08013 (DAB)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Plaintiff George Hahn, in the above-captioned action:

    Nathanael B. Yale (NY-5899)
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864

Dated: New York, New York
    November 7, 2007

            LATHAM & WATKINS LLP

         By: /s/ Nathanael B. Yale
            Nathanael B. Yale (NY-5899)

            885 Third Avenue, Suite 1000
            New York, New York  10022-4802
            (212) 906-1200
            (212) 751-4864 (facsimile)

            Attorney for Plaintiff George Hahn

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE HAHN,<br><br>       Plaintiff,<br><br>-against-<br><br><br>DOMY ROOMS, INC. and RENTASY RENTALS, INC.,<br><br>       Defendants. | 07 Civ. 8013 (DAB)<br><br>**CERTIFICATE OF SERVICE** |

  I, Jessica L. Bengels, hereby certify that on November 7, 2007, true and correct copies of the annexed Notice of Appearance, dated 11/7/07, were caused to be served in accordance with the Federal Rules of Civil Procedure, via First Class United States Mail upon:

Domy Rooms, Inc.
1668 Broadway
New York, New York 10031

- and -

Rentasy Rentals, Inc.
3472 Broadway
New York, New York 10031


          LATHAM & WATKINS LLP

        By: _/s/ Jessica L. Bengels_
          Jessica L. Bengels (JB-2290)

          885 Third Avenue, Suite 1000
          New York, New York 10022
          (212) 906-1200

NY\1341986.1