UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov. 15, 2007

---------------------------------------X

GEORGE HAHN,

                Plaintiff,

v.

DOMY ROOMS, INC. and RENTASY
RENTALS, INC.,

                Defendants.

---------------------------------------X

07 Civ. 8013 (DAB)

STIPULATION TO EXTEND TIME TO
RESPOND TO AMENDED COMPLAINT
OF PLAINTIFF

It is hereby stipulated and agreed to by the undersigned that the last day for the Defendant, Rentasy Rentals, Inc. to answer or otherwise move in response to the Amended Summons and Complaint of Plaintiff is extended ten (10) days, from Wednesday, November 14, 2007 to Monday, November 26, 2007.

/s/Jason A. Kolbe (JK-3857)
Jason Kolbe
Latham & Watkins, LLP
885 Third Avenue
New York NY 10022
212-906-1849

/s/ George M. Gilmer (gg5479)
Law Office of George M. Gilmer
943 Fourth Avenue
Brooklyn NY 11232
718-788-0100

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE