UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE HAHN,<br><br>      Plaintiff,<br><br>v.<br><br>DOMY ROOMS, INC. and RENTASY RENTALS, INC.,<br><br>      Defendants. | 07 Civ. 8013<br><br>**RULE 26(F) REPORT**<br>**OF GEORGE HAHN**<br>**AND RENTASY RENTALS**<br>**ON PROPOSED DISCOVERY PLAN** |

  On December 10, 2007, counsel for Plaintiff George Hahn and counsel for Defendant Rentasy Rentals, Inc. ("Rentasy") participated in a telephonic conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. Mr. Hahn and Rentasy (the "Parties") agreed that the factual issues in the case would allow for a straightforward discovery plan. The Parties agreed to make disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure on December 27, 2007. The Parties further agreed to proceed in accord with what appears to be the Court's customary time frame for case management. Accordingly, based on the scheduling of a conference pursuant to Rule 16(b) of the Federal Rules of Civil Procedure for January 11, 2008, the Parties agree to the following:

- Interrogatories and requests for the production of documents shall be served by January 25, 2008.
- Depositions shall commence on February 25, 2008.
- Except for good cause shown, or as the Parties may stipulate with the Court's approval, discovery shall be completed by March 25, 2008.

Dated: New York, New York
   January 9, 2008

| | |
|---|---|
| LATHAM & WATKINS LLP<br><br>By: _____<br>  Jason A. Kolbe (JK-3857)<br>  885 Third Avenue<br>  New York, New York 10022-4802<br>  (212) 906-1200<br><br>*Attorneys for Plaintiff George Hahn* | LAW OFFICES OF GEORGE GILMER<br><br>By: _____<br>  George Gilmer ( GG 5479 )<br>  943 Fourth Avenue<br>  Brooklyn, NY 11232<br>  (718) 864-2011<br><br>*Attorneys for Defendant Rentasy Rentals, Inc.* |

NY\1364099.1