VIA ECF

May 14, 2008

The Honorable Deborah A. Batts
United States District Judge
United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street Suite 2510
New York, NY 10007-1312

Re: Hahn v Domy Rooms, Inc. and Rentasy Rentals Inc.
    Index No.: 07-Civ-8013

Dear Judge Batts:

I write this letter in response to the May 12, 2008 letter from Jason Kolbe.

Firstly, I object to Mr. Kolbe's improper memorialization of our settlement negotiations to the Court. Mr. Kolbe's only goal here is to prejudice my client in the eyes of the Court. Rentasy has made a good faith effort to settle this matter and to find an apartment for Mr. Hahn. Lastly, I agree to setting a discovery schedule in this matter.

Respectfully,

/s/ George M. Gilmer, Esq.
George M. Gilmer (gg5479)
943 Fourth Avenue
Brooklyn NY 11232

Cc: Jason Kolbe (VIA ECF)
    Lathan Watkins LLP
    885 Third Ave
    New York NY 10022