```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/27/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - :

Hahn             Plaintiff(s)         :   CONSENT TO PROCEED BEFORE
                                      :   UNITED STATES MAGISTRATE JUDGE
   - against -                        :
                                      :   07 civ 8013 (DAB) ( )
Domy Rooms       Defendant(s)         :
                                      :                    (MAAS
- - - - - - - - - - - - - - - - - - - :

IT IS HEREBY STIPULATED by the undersigned:

   1.  All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

   2.  Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____(JK-357)_____        _____George M. Giles_____ Bklyn 1123
Attorney(s) for Plaintiff(s)            Attorney(s) for Defendant(s)
Address 885 Third Ave Suite 1000        Address 943 4th Avenue, Bklyn 1123
Telephone (212) 906-1844  NY NY         Telephone 716 788 0100

_____         _____
Attorney(s) for _____         Attorney(s) for _____
Address                                 Address
Telephone                               Telephone

(Separately executed forms may be submitted.  See Fed. R. Civ. P. 73(b)).

SO ORDERED.

_____Deborah A. Batts_____
                         U.S.D.J.

Magistrate Judge __Maas__ was assigned this case on 5·16·08

_____Bill Clelany_____
For: Clerk U.S.D.C. S.D.N.Y.