UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE HAHN,<br><br>                                Plaintiff,<br><br>         v.<br><br>DOMY ROOMS, INC. and RENTASY RENTALS, INC.,<br><br>                                Defendant. | 07-CV-08013 (DAB)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Plaintiff George Hahn, in the above-captioned action:

> Casey L. Hinkle (CH-4606)
> Latham & Watkins LLP
> 885 Third Avenue
> New York, New York 10022
> Telephone: (212) 906-1200
> Facsimile:  (212) 751-4864

Dated: New York, New York
       July 31, 2008

                                        LATHAM & WATKINS LLP

                                        By: _____
                                             Casey L. Hinkle (CH-4606)

                                        885 Third Avenue
                                        New York, NY 10022
                                        (212) 906-1200
                                        (212) 751-4864 (facsimile)

                                        *Attorney for Plaintiff George Hahn*