UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE HAHN,<br><br>                            Plaintiff,<br><br>-against-<br><br>DOMY ROOMS, INC. and RENTASY RENTALS, INC.,<br><br>                            Defendants. | 07 Civ. 8013 (DAB)(FM)<br><br>**CERTIFICATE OF SERVICE** |

      I, Jessica L. Bengels, hereby certify that on July 30, 2008, true and correct copies of the annexed Notice of Appearance, dated 7/30/08, were caused to be served in accordance with the Federal Rules of Civil Procedure, via First Class United States Mail upon:

George M. Gilmer, Esq.
943 Fourth Avenue
Brooklyn, New York 11232
Attorney for Defendant Rentasy Rentals, Inc.

                                                          LATHAM & WATKINS LLP

                                        By: _____
                                                Jessica L. Bengels (JB-2290)

                                                885 Third Avenue, Suite 1000
                                                New York, New York 10022
                                                (212) 906-1200

NY\1438013.1