UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE HAHN,<br><br>                    Plaintiff,<br><br>        v.<br><br>DOMY ROOMS, INC. AND RENTASY RENTALS, INC.<br><br>                    Defendant. | 07-CV-08013<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Plaintiff George Hahn, in the above-captioned action:

>William R. Pearson (WP-3238)
>Latham & Watkins LLP
>885 Third Avenue
>New York, New York 10022
>Telephone: (212) 906-1200
>Facsimile:  (212) 751-4864

Dated: New York, New York
       August 12, 2008

LATHAM & WATKINS LLP

By: _____
       William R. Pearson (WP-3238)

   885 Third Avenue, Suite 1000
   New York, New York  10022-4802
   (212) 906-1200
   (212) 751-4864 (facsimile)

   Attorney for Plaintiff George Hahn

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE HAHN,<br><br>                    Plaintiff,<br><br>-against-<br><br>DOMY ROOMS, INC. and RENTASY RENTALS, INC.,<br><br>                    Defendants. | 07 Civ. 8013 (DAB)(FM)<br><br>**CERTIFICATE OF SERVICE** |

    I, Jessica L. Bengels, hereby certify that on August 12, 2008, true and correct copies of the annexed Notice of Appearance, dated 8/12/08, were caused to be served in accordance with the Federal Rules of Civil Procedure, via First Class United States Mail upon:

George M. Gilmer, Esq.
943 Fourth Avenue
Brooklyn, New York 11232
Attorney for Defendant Rentasy Rentals, Inc.

LATHAM & WATKINS LLP

By: _____
Jessica L. Bengels (JB-2290)

885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

NY\1438013.1